**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY \_\_\_\_*vk*\_\_\_\_ D.C.

Apr 28, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

CASE NO. 17-CV-23762-HUCK

FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730

UNITED STATES OF AMERICA,
*ex rel.* ADA DE LA VEGA,

        *Plaintiff,*

  v.

CARECLOUD CORPORATION,
ALBERT SANTALO, and KEN COMEE

        *Defendants.*
_____/

## UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO PARTIALLY INTERVENE FOR PURPOSES OF SETTLEMENT

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby partially intervenes for the purposes of settlement.

1. The United States, Relator Ada De La Vega ("Relator"), and Defendant CareCloud Corporation ("CareCloud") have reached an agreement to resolve this action. In light of this agreement, and for the purpose of effectuating and formalizing that resolution, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the United States respectfully advises the Court of its decision to partially intervene in this matter for the purposes of settlement.

2. The United States respectfully advises the Court of its decision to intervene in this matter for purposes of settlement as to those certain civil claims against CareCloud arising only from False Claims Act violations predicated on violations of the Anti-Kickback Statue as alleged in Relator's Complaint in this matter.

3. Under the terms and conditions of the Settlement Agreement the parties have

executed, the United States and Relator anticipate they will file a Stipulation of Dismissal in this action on or shortly after May 10, 2021.

4. In light of the Settlement Agreement, a copy of which is attached hereto as attachment "A," the United States does not presently intend to file a complaint in intervention but reserves the right to file such a complaint in the event the settlement is breached.

5. The United States requests the Relator's Complaint, this Notice, and the attached proposed Order be unsealed.

6. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

7. A proposed order accompanies this notice.

Dated: April 28, 2021

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _____
**MATTHEW J. FEELEY**
Assistant United States Attorney
Florida Bar No. 0012908
Email: Matthew.Feeley@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132-2111
Tel.: 305.961.9235

*Counsel for United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, I caused the foregoing document to be served, via electronic mail, on the counsels listed on the following service list:

SERVICE LIST
UNITED STATES OF AMERICA, *ex rel.* ADA DE LA VEGA,
*v.*
CARECLOUD CORPORATION,
ALBERT SANTALO, and KEN COMEE

CASE NO. 17-CV-23762-HUCK
United States District Court
Southern District of Florida

| | |
|---|---|
| **PHILLIPS & COHEN LLP**<br>**COLETTE G. MATZZIE**<br>2000 Massachusetts Ave NW<br>Washington, DC 20036<br>Tel: (202) 833-4567<br>Fax: (202) 833-1815<br>cmatzzie@phillipsandcohen.com<br><br>**LARRY P. ZOGLIN**<br>100 The Embarcadero, Suite 300<br>San Francisco, CA 94105<br>Tel: (415) 836-9000<br>Fax: (415) 836-9001<br>lzoglin@phillipsandcohen.com<br><br>**JEFFREY W. DICKSTEIN**<br>Southeast Financial Center<br>200 S. Biscayne Blvd., Suite 2790<br>Miami, Florida 33131<br>Tel: (305) 372-5200<br>jdickstein@phillipsandcohen.com<br><br>*Counsel for Relator-Plaintiff* | **MATTHEW J. FEELEY**<br>Assistant United States Attorney<br>Office of the United States Attorney<br>Southern District of Florida<br>James L. King Federal Justice Building<br>99 N.E. 4th Street, Suite 300<br>Miami, FL 33132-2111<br>Email: Matthew.Feeley@usdoj.gov<br>Tel: 305.961.9235<br>Fax: 305.530.7139<br><br>*Counsel for United States of America* |

_____
**MATTHEW J. FEELEY**
Assistant United States Attorney