**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CV-23762-HUCK

FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730

UNITED STATES OF AMERICA,
*ex rel.* ADA DE LA VEGA,

    *Plaintiff,*

  v.

CARECLOUD CORPORATION,
ALBERT SANTALO, and KEN COMEE

    *Defendants.*
_____/

Per Local Rule 5.4(d), the matter(s) shall remain sealed:
____ years; _____ (specific date);
____ permanently; _____ (other).

☐ SEALED
☐ NOT SEALED

[PROPOSED] ORDER ON UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO PARTIALLY INTERVENE FOR PURPOSES OF SETTLEMENT

The United States having partially intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. The relator's complaint, the Government's Notice of Election to Partially Intervene for Purposes of Settlement, and this Order be unsealed;

2. All other papers or Orders on file in this matter shall remain under seal;

3. The seal be lifted on all other matters occurring in this action after the date to this Order.

IT IS SO ORDERED in Miami, Florida this ____ day of _____, 2021.

_____
**PAUL C. HUCK**
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record